**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIMMIE DIXON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. GABRIELLE PALADINO,<br><br>　　　　Defendant. | NO. CV 08-03605 ODW (SS)<br><br>**ORDER ADOPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

\\

Accordingly, IT IS ORDERED THAT:

1. Plaintiff's state law claims are DISMISSED without prejudice; and

2. The Clerk shall serve copies of this Order by United States mail on Plaintiff.

DATED: December 29, 2008

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

2