**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JIMMIE DIXON, | ) | NO. CV 08-03605 ODW (SS) |
| Plaintiff, | ) | |
| v. | ) | **ORDER ADOPTING FINDINGS,** |
| DR. GABRIELLE PALADINO, Ph.D., M.D., | ) | **CONCLUSIONS AND RECOMMENDATIONS** |
| Defendant. | ) | **OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

Accordingly, IT IS ORDERED THAT:

1. The Motion to Dismiss is GRANTED and Judgment shall be entered dismissing this action with prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Plaintiff and on counsel for Defendant.

DATED: July 24, 2009

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

2