JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JIMMIE DIXON, | ) | NO. CV 08-03605 ODW (SS) |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| DR. GABRIELLE PALADINO, Ph.D., M.D., | ) | |
| Defendant. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 24, 2009

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE